# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| SHANIKA LAKIYAH BROWN, INDIVIDUALLY AND AS PARENT OF A.B., MINOR | : | No. 87 EM 2018 |
| | : | |
| | : | Emergency Application to Stay Proceedings Pending Disposition of Petition for Review |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENN JERSEY CERTIFIED CONCRETE, INC., BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, AND PAMELA REED, RICHARD PIERSON CONSTRUCTION CO., INC. AND MCCARTHY TIRE SERVICE COMPANY OF NEW YORK, INC. AND CONSTRUCTURAL DYNAMICS T/A SILVI CONCRETE PRODUCTS, INC., AND ALT INDUSTRIAL PROPERTIES, INC. D/B/A SILVI CONCRETE OF LOGAN, INC. | : | |
| | : | |
| PETITION OF: CONSTRUCTURAL DYNAMICS INC., T/A SILVI CONCRETE PRODUCTS, INC., PENN JERSEY CERTIFIED CONCRETE, INC. AND ALTA INDUSTRIAL PROPERTIES, D/B/A SILVI CONCRETE OF LOGAN, INC. | : | |

| | | |
|---|---|---|
| SHAWN OAKMAN | : | No. 88 EM 2018 |
| | : | |
| | : | Emergency Application to Stay Proceedings Pending Disposition of Petition for Review |
| v. | : | |
| | : | |
| | : | |
| PENN JERSEY CERTIFIED CONCRETE, INC., BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, AND PAMELA REED, RICHARD PIERSON CONSTRUCTION CO., INC. AND | : | |

MCCARTHY TIRE SERVICE COMPANY OF NEW YORK, INC. AND CONSTRUCTURAL DYNAMICS T/A SILVI CONCRETE PRODUCTS, INC., AND ALT INDUSTRIAL PROPERTIES, INC. D/B/A SILVI CONCRETE OF LOGAN, INC.

:
:
:
:
:
:
:
:
:
:

PETITION OF: CONSTRUCTURAL DYNAMICS INC., T/A SILVI CONCRETE PRODUCTS, INC., PENN JERSEY CERTIFIED CONCRETE, INC. AND ALTA INDUSTRIAL PROPERTIES, D/B/A SILVI CONCRETE OF LOGAN, INC.

:
:
:
:
:
:
:

PAMELA REED

          v.

PENN JERSEY CERTIFIED CONCRETE, INC., BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, AND PAMELA REED, RICHARD PIERSON CONSTRUCTION CO., INC. AND MCCARTHY TIRE SERVICE COMPANY OF NEW YORK, INC. AND CONSTRUCTURAL DYNAMICS T/A SILVI CONCRETE PRODUCTS, INC., AND ALT INDUSTRIAL PROPERTIES, INC. D/B/A SILVI CONCRETE OF LOGAN, INC.

:  No. 89 EM 2018
:
:  Emergency Application to Stay
:  Proceedings Pending Disposition of
:  Petition for Review
:
:
:
:
:
:
:
:
:
:
:
:

PETITION OF: CONSTRUCTURAL DYNAMICS INC., T/A SILVI CONCRETE PRODUCTS, INC., PENN JERSEY CERTIFIED CONCRETE, INC. AND ALTA INDUSTRIAL PROPERTIES, D/B/A SILVI CONCRETE OF LOGAN, INC.

:
:
:
:
:
:
:

KAREN THOMAS

v.

PENN JERSEY CERTIFIED CONCRETE, INC., BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, AND PAMELA REED, RICHARD PIERSON CONSTRUCTION CO., INC. AND MCCARTHY TIRE SERVICE COMPANY OF NEW YORK, INC. AND CONSTRUCTURAL DYNAMICS T/A SILVI CONCRETE PRODUCTS, INC., AND ALT INDUSTRIAL PROPERTIES, INC. D/B/A SILVI CONCRETE OF LOGAN, INC.

PETITION OF: CONSTRUCTURAL DYNAMICS INC., T/A SILVI CONCRETE PRODUCTS, INC., PENN JERSEY CERTIFIED CONCRETE, INC. AND ALTA INDUSTRIAL PROPERTIES, D/B/A SILVI CONCRETE OF LOGAN, INC.

: No. 90 EM 2018
:
:
: Emergency Application to Stay
: Proceedings Pending Disposition of
: Petition for Review
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW,** this 9th day of August, 2018, the Emergency Application to Stay Proceedings Pending Disposition of Petition for Review is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.